■ In the Matter of WESLEY DEMMING, Appellant, v GARY C. DUNNE, as Assistant Deputy Superintendent of the New York State Police, et al., Respondents.—Appeal from a judgment of the Supreme Court (Kahn, J.), entered March 20, 1991 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel respondents to release certain documents requested under the Freedom of Information Law.

Judgment affirmed, without costs, upon the opinion of Justice Lawrence E. Kahn.

Casey, J. P., Weiss, Levine, Mercure and Crew III, JJ., concur. Ordered that the judgment is affirmed, without costs.